AO 240A (1/94)

United States District Court
Southern District of Texas
ENTERED

# United States District Court

OCT 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

SOUTHERN DISTRICT OF TEXAS
BROWNSVILE DIVISION

ISABEL GONZALEZ,
Plaintiff

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

V.

FRANK DE LA GRANA, ET AL,
Defendants

CASE NUMBER: B-02-181

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☐ The clerk is directed to file the complaint.

☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this 17th day of October, 2002.

_Signature_

Signature of Judicial Officer

Felix Recio, U.S. Magistrate Judge
Name and Title of Judicial Officer