LAW OFFICES OF Frank — DE LA GRANA

**RETURN OF SERVICE**  CAB-02-181

| | DATE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | United States District Court Southern District of Texas FILED |
| NAME OF SERVER (PRINT) | TITLE | |

NOV 0 7 2002

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): was received via certified mail on 10-25-02

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 45⁰⁰ | 45⁰⁰ |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-25-02
Date

Signature of Server: Robert [signature]

Address of Server: 600 E. Harrison, Rm 1032
Browns., TX. 78520

may serve a summons see Rule 4 of the Federal Rules of Civil Procedure