United States District Court
Southern District of Texas
FILED

NOV 2 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE TEXAS

ISABEL GONZALEZ,                §
                                §
        Plaintiff,              §    Civil No. B-02-181
                                §
vs.                             §
                                §
FRANK DE LA GRANA, et. al.,     §
                                §
        Defendant(s).           §


PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO FILE REPLY TO DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THIS COURT:

NOW INTO COURT COMES, the Plaintiff, ISABEL GONZALEZ, Pro Se, and hereby moves this Court for an extension of time to file his reply to the Defendants' Motion to Dismiss. The plaintiff submits:

1. The plaintiff has received the Defendants' motion to dismiss. The plaintiff has been attempting to do the necessary research and prepare his reply.

2. The plaintiff is presently incarcerated and is proceeding pro se. He must allocate his time between his prison job and the schedule of the law library and the inmate assisting him.

3. The plaintiff submits that he intends to present a response to the motion to dismiss and that this motion is made in good faith and is not for any improper purpose.

-1-

4. The plaintiff, due to his incarceration, has not ascertained the position of the opposing party in relation to this motion.

**WHEREFORE,** above premises considered, the Plaintiff respectfully prays that this court grant this motion and permit him additional time to file his reply.

Respectfully submitted on this the 25 day of November, 2002.

Isabel Gonzalez
Reg. No. 94143-079
P.O. Box 26040
Beaumont, TX 77720

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a true and correct copy of the foregoing to the following party by first class mail, postage prepaid, on this the 25 day of November, 2002.

Robert Herce
Attorney at Law
1710 East 7th Avenue
Tampa, FL 33605

Isabel Gonzalez