# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ISABEL GONZALEZ | * | |
| VS | * | C.A. NO. B-02-181 |
| FRANK DE LA GRANA, ET AL | * | |

## ORDER

Came on to be considered Plaintiff's Motion for an Extension of Time to File Reply to Defendants' Motion to Dismiss, and the Court, having considered said Motion, finds that said Motion should be granted/~~denied~~.

**IT IS SO ORDERED.** Plaintiff shall file his Reply to Defendants' Motion to Dismiss on or before    January 21, 2003                .

DONE at Brownsville, Texas, on 3rd day of December 2002.

Felix Recio
United States Magistrate Judge