United States District Court
Southern District of Texas
FILED

JAN 3 0 2003

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL GONZALEZ, | § | Civil No. B-02-181 |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| FRANK DE LA GRANA, et. al., | § | |
| | § | |
| Defendant(s). | § | |

## MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS
## TO MAGISTRATE'S REPORT AND RECOMMENDATION

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES, the Plaintiff, ISABEL GONZALEZ, Pro Se, and hereby requests an extension of time to file his objections to the magistrate's report and recommendations. In support, the plaintiff states:

1. The magistrate's report was dated January 17, 2003. However, the postmark on the envelope is not until January 21, 2003. The plaintiff did not receive the report until January 23, 2003. By the time the plaintiff received the report of the magistrate, six days had already elapsed.

2. Also, the plaintiff has only limited use of the law library which must be scheduled around his prison job detail and around the job detail of the inmate assisting him. Thus, the plaintiff submits that he need additional time in which to do the research to determine the authorities and arguments for his objections.

3. The plaintiff avers that this motion is made in good faith

and is not intended for any improper purpose such as delay. This is the plaintiff's first such extension request.

WHEREFORE, above premises considered, the Plaintiff respectfully prays that this court grant this motion and allow him additional time to file his objections to the magistrate's report and recommendations.

Respectfully submitted on this the 24 day of January, 2003:

/S/
Isabel Gonzalez
94143-079
P.O. Box 26040
Beaumont, TX 77720

CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a true and correct copy of the foregoing to the following party by first class mail, postage prepaid, on this the 24 day of January, 2003:

Robert Herce, Esquire
Herce & Herce, P.A.
1710 East 7th Avenue
Tampa, FL 33605

/S/
Isabel Gonzalez

-2-