**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ISABEL GONZALEZ | * |
| | * |
| VS | *   C.A. NO. B-02-181 |
| | * |
| FRANK DE LA GRANA, ET AL | * |

## ORDER GRANTING MOTION FOR EXTENSION

On this 4th day of February 2003, came on to be considered Petitioner's Motion for Extension of Time to File Objections (Docket No. 12). The Court hereby GRANTS said motion. The objections shall be filed on or before February 24, 2003.

DONE at Brownsville, Texas, on 4th day of February 2003.

Felix Recio
United States Magistrate Judge