United States District Court
Southern District of Texas
ENTERED

FEB 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL GONZALEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-181 |
| | § | |
| FRANK DE LA GRANA and LAW OFFICES | § | |
| OF FRANK DE LA GRANA, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Defendants' Motion to Dismiss (Doc. # 6) is hereby GRANTED, and this case is hereby DISMISSED WITH PREJUDICE.

DONE in Brownsville, Texas on this _12_ day of _Feby_, 2003.

_____
Hilda G. Tagle
United States District Judge