IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL GONZALEZ, | § | Civil No. B-02-181 |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| FRANK DE LA GRANA, and | § | |
| LAW OFFICES OF FRANK DE LA GRANA, | § | |
| Defendants. | § | |

## NOTICE OF APPEAL

The Plaintiff, Isabel Gonzalez, appearing Pro Se, hereby gives this court notice of appeal to the Fifth Circuit Court of Appeals of his intention to appeal the final judgment of the court dismissing his civil complaint. The plaintiff has not yet had an opportunity to fully analyze the issues but submits that his preliminary assessment of the facts support his raising of the issue that the district court erred in dismissing the civil complaint; that the district court erred in making the dismissal with prejudice, that the district court erred in failing to transfer the case to a proper venue if it had determined that venue was improper; and that the district court erred in using the wrong standard on a Rule 12 motion to dismiss.

**WHEREFORE,** above premises considered, the Plaintiff respectfully prays that this court enter this Notice of Appeal to the Fifth Circuit Court of Appeal.

Respectfully submitted on this the 21 day of February, 2003.

Isabel Gonzalez #94143-079
P.O. Box 26040
Beaumont, TX 77720

-1-

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a true and correct copy of the instant Notice of Appeal by first class mail to the following parties on this the 21 day of February, 2003:

Robert Herce
Attorney at Law
1710 East 7th Avenue
Tampa, FL 33605

_____
Isabel Gonzalez