United States District Court
Southern District of Texas
FILED

MAR 1 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISABEL GONZALEZ, § | | Civil No. B-02-181 |
| Plaintiff, § | | |
| § | | |
| vs. § | | |
| § | | MOTION TO PROCEED ON APPEAL |
| FRANK DE LA GRANA, et. al., § | | IN FORMA PAUPERIS |
| Defendant(s). § | | |

NOW COMES, the Plaintiff, Isabel Gonzalez, Pro Se, and hereby moves this Honorable Court to permit him to proceed on appeal In Forma Pauperis. The plaintiff submits that he has been granted IFP status and that his financial condition has not materially changed since. The plaintiff has attached an affidavit in support of this motion.

WHEREFORE, above premises considered, the Plaintiff respectfully prays that this Court allow him to continue as a pauper on appeal.

Dated: 2-24-03

Respectfully submitted,

_____
Isabel Gonzalez #94143-079
P.O. Box 26040
Beaumont, TX 77720

CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a true and correct copy of the foregoing to Robert Herce at his last known address on this the ___ day of February, 2003.

_____
Isabel Gonzalez

Isabel Gonzalez
(Petitioner)

Frank De La Grana
(Respondent(s))

**DECLARATION SUPPORT
OF REQUEST TO PROCEED
IN FORMA PAUPERIS**

I, _____Isabel Gonzalez_____ declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give any security therefore; that I believe I am entitled to relief.

1. Are you presently employed?   ☐Yes   ☒No

    a. If the answer is yes, state the amount of your salary or wages per month, give the name and address of your employer.

    _____

    b. If the answer is no, state the date of last employment and the amount of salary and wages per month which you received.

    _____

2. Have you received, within the last twelve months, any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession, or form of self employment? | ☐Yes | ☒No |
    | b. | Rent payment, interest or dividends? | ☐Yes | ☒No |
    | c. | Pension, annuities or life insurance payments? | ☐Yes | ☒No |
    | d. | Gifts or inheritances? | ☐Yes | ☒No |
    | e. | Any other sources? | ☐Yes | ☒No |

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

    _____

3. Do you own any cash, or do you have any money in checking or savings accounts? (Include any money in prison accounts)

    If the answer is yes, state the total value of the items owned.

    _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)?   ☐Yes   ☒No

    If the answer is yes, state the total value of the items owned.

    _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

5. List the persons who are dependant upon you for support, state your relationship to those persons and indicate how much you contribute to their support.

_____

_____

I, declare (*or certify, verify or state*) under penalty of perjury that the foregoing is true and correct.

Executed on_____
(Date)

_____
*Signature of Petitioner*

## CERTIFICATE

I certify that the Petitioner herein has the sum of $ __80.40__ on account to his credit at the __FCI Beaumont Medium__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said_____ institution_____

_____

_____

DATED __2/24/03__                    __[signature]__
                                     *Authorized Officer of Institution*

                                     __Counselor__
                                     *Title of Officer*

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

```
0¢                      ACCOUNT
0¢                     STATEMENT
FCC BMT - LIMITED OFFICIAL USE         DATE 02/25/03
BEAUMONT, TX                           PAGE No.01


                                    Account # 94143079

        GONZALEZ ISABEL
        Q
```

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 34.82 | .00 | .00 | .00 | 34.82 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| S2M649 | 9:36 | 09-18-02 | ENC. / SPECIAL ORDER | 34.00- | 34.82 |
| SEP02P | 7:07 | 10-02-02 | PERFORMANCE PAY | 19.32 | 54.14 |
| T00733 | 12:18 | 10-02-02 | MONEY ORDER | 250.00 | 304.14 |
| D80EC6 | 20:26 | 10-03-02 | DEPOSIT ITS FUNDS | 100.00- | 204.14 |
| 000077 | 17:47 | 10-09-02 | SALE / REGULAR | 32.00- | 172.14 |
| DBDA0A | 16:49 | 10-17-02 | DEPOSIT ITS FUNDS | 30.00- | 142.14 |
| S2M649 | 17:32 | 10-23-02 | ENC. / SPECIAL ORDER | 34.00 | 142.14 |
| 000069 | 17:32 | 10-23-02 | SALE / REGULAR | 93.75- | 48.39 |
| DF3E4D | 7:36 | 11-02-02 | DEPOSIT ITS FUNDS | 48.00- | .39 |
| OCT02P | 9:43 | 11-04-02 | PERFORMANCE PAY | 17.64 | 18.03 |
| E021CF | 18:45 | 11-04-02 | DEPOSIT ITS FUNDS | 15.00- | 3.03 |
| T09433 | 14:16 | 11-08-02 | MONEY ORDER | 150.00 | 153.03 |
| E16540 | 17:19 | 11-08-02 | DEPOSIT ITS FUNDS | 100.00- | 53.03 |
| E749E8 | 23:01 | 11-30-02 | DEPOSIT ITS FUNDS | 50.00- | 3.03 |
| T14710 | 14:07 | 12-02-02 | MONEY ORDER | 250.00 | 253.03 |
| NOV02P | 8:03 | 12-03-02 | PERFORMANCE PAY | 18.48 | 271.51 |
| E81C90 | 17:37 | 12-03-02 | DEPOSIT ITS FUNDS | 150.00- | 121.51 |
| T15795 | 13:46 | 12-05-02 | MONEY ORDER | 200.00 | 321.51 |
| E8E7F0 | 19:39 | 12-05-02 | DEPOSIT ITS FUNDS | 150.00- | 171.51 |
| 000095 | 19:02 | 12-10-02 | SALE / REGULAR | 154.05- | 17.46 |
| DEC03P | 7:45 | 01-03-03 | PERFORMANCE PAY | 17.64 | 35.10 |
| 000064 | 18:36 | 01-14-03 | SALE / REGULAR | 18.10- | 17.00 |
| F85DE0 | 19:04 | 02-03-03 | DEPOSIT ITS FUNDS | 17.00- | .00 |
| JAN03P | 9:27 | 02-04-03 | PERFORMANCE PAY | 8.40 | 8.40 |
| FA54B0 | 17:57 | 02-09-03 | DEPOSIT ITS FUNDS | 8.00- | .40 |
| T36262 | 14:25 | 02-24-03 | MONEY ORDER | 100.00 | 100.40 |
| T36265 | 14:25 | 02-24-03 | MONEY ORDER | 200.00 | 300.40 |
| FDF63E | 16:45 | 02-24-03 | DEPOSIT ITS FUNDS | 100.00- | 200.40 |
| FE2F14 | 16:42 | 02-25-03 | DEPOSIT ITS FUNDS | 120.00- | 80.40 |

```
                    **** TRANSACTION TOTAL ****       45.58
```

| -----ENDING-----AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|
| 80.40 | .00 | .00 | .00 | 80.40 |