**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAR 11 2003

ENTERED

MAR 12 2003



| | | |
|---|---|---|
| ISABEL GONZALEZ | * | |
| | * | |
| VS | * | C.A. NO. B-02-181 |
| | * | |
| FRANK DE LA GRANA, ET AL | * | |

**ORDER GRANTING MOTION TO
PROCEED ON APPEAL IN FORMA PAUPERIS**

Having considered the Motion to Proceed on Appeal in Forma Pauperis, the Court is of the opinion that it should be and is hereby GRANTED.

DONE at Brownsville, Texas, this 11th day of March 2003.

Felix Recio
United States Magistrate Judge