UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ISABEL GONZALEZ, | § § § | |
| v. | § § § § | CIVIL ACTION NO. B-02-181<br>5TH CIR. NO. 03-40403 |
| FRANK DE LA GRANA, ET AL | § | |

### AMENDED ORDER GRANTING MOTION TO PROCEED
### IN FORMA PAUPERIS ON APPEAL

On March 11, 2003, this Court granted Petitioner Gonzalez's Motion to Proceed On Appeal In Forma Pauperis ("IFP") in the above styled cause of action. However, pursuant to the terms of the Prison Litigation Reform Act ("PLRA") and Fifth Circuit doctrine, when granting a prisoner leave to proceed IFP on appeal, this Court is required to assess the initial partial filing fee and order payment of the remainder of the filing fee as directed by the PLRA. *See Morgan v. Haro*, 112 F.3d 788, 789 (5th Cir. 1997); 28 U.S.C. § 1915(b). When Gonzalez's IFP on appeal motion was granted, this Court failed to make the required fee assessment. We take this opportunity to reassess the merits of the Petitioner's motion and address that which was lacking in the Court's previous order.

Petitioner Gonzalez has complied with the Prison Litigation Reform Act by filing an affidavit of indigency and a certified copy of his prison trust account. 28 U.S.C. §§ 1915(a)(2). Having considered the Motion to Proceed In Forma Pauperis On Appeal, the Court remains of the opinion that it should be and is hereby GRANTED.

However, in accordance with the Prison Litigation Reform Act, Gonzalez must pay thirty-five dollars and fifty-two cents ($35.52) as a filing fee in this case –which is twenty percent

1

of the average monthly deposits to the prisoner's account. *See* 28 U.S.C. §§ 1915(b)(1). Additionally, Gonzalez shall make monthly payments of one dollar and sixty-eight cents ($1.68) while the appeal is pending –which is twenty percent of the prisoner's income from the preceding month. *See* 28 U.S.C. §§ 1915(b)(2).

DONE at Brownsville, Texas, this __16th__ day of September, 2003.

_____
Felix Recio
United States Magistrate Judge