# UNITED STATES COURT OF APPEALS

### FOR THE FIFTH CIRCUIT

No. 03-40403
Summary Calendar

D.C. Docket No. B-02-CV-181

```
U.S. COURT OF APPEALS
     FILED
   NOV 18 2003
CHARLES R. FULBRUGE III
       CLERK
```

ISABEL GONZALEZ

      Plaintiff - Appellant

v.

FRANK DE LA GRANA, and Law Offices of Frank De La Grana

      Defendant - Appellee

```
United States District Court
 Southern District of Texas
         FILED
      DEC 12 2003
    Michael N. Milby
     Clerk of Court
```

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

### JUDGMENT

    This cause was considered on the record on appeal and the briefs on file.

    It is ordered and adjudged that the judgment of the District Court is affirmed as modified.

ISSUED AS MANDATE:   DEC 10 2003

OP-S-J-1

*A true copy*
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana

DEC 10 2003